IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAY DANIEL SANDERS**                                                                                    **PLAINTIFF**

v.                                    Case No. 4:22-cv-00466-KGB

**ISAAC J. RODRIQUEZ,**                                                                              **DEFENDANTS**
**Deputy U.S. Marshal,** *et al.*

## ORDER

  Plaintiff Jay Daniel Sanders filed a *pro se* § 1983 complaint in this district (Dkt. No. 1). However, from the facts alleged and the defendants named, it appears that venue properly lies in the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

  It is therefore ordered that the clerk of the court is directed to transfer immediately Mr. Sanders's entire case file to the United States District Court for the Western District of Arkansas.

  It is so ordered this 23rd day of May, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge
